# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **JAMIE CRUZ and** | ) |
| **JORGE CRUZ,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:24-cv-02210-STA-jay |
| | ) |
| **COLBY BURMEISTER and WEST** | ) |
| **TENNESSEE JUDICIAL VIOLENT** | ) |
| **CRIME AND DRUG TASK FORCE,** | ) |
| | ) |
| Defendants. | ) |

## ORDER LIFTING STAY

The parties previously moved to stay this case pending resolution of federal criminal charges against Plaintiffs that arise from the same incidents underlying their complaint in this lawsuit. *See United States v. Cruz, et al.*, No. 2:23-cr-20072-JTF-tmp.  Accordingly, the Court order that the case be stayed until Plaintiffs' criminal case was finally resolved. (ECF No. 37.) The parties have filed a joint status report notifying the Court that the criminal matter has been dismissed.  (ECF No. 38.) Based on the statements in the status report, the stay in this matter is hereby **LIFTED**, and the matter will be set for a Rule 16(b) scheduling conference forthwith.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: June 17, 2025